■    In the Matter of the Claim of IAN K. MANSON, Appellant. HARTFORD ACCIDENT AND INDEMNITY GROUP, Respondent. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 3, 1975, which affirmed the decision of a referee sustaining the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits, effective May 10, 1974, on the ground that he voluntarily left his employment without good cause. The board found that claimant, a claims supervisor, was told by his supervisor that he would be fired because of a dissatisfaction with the quality of his work. The employer, however, did not give him a date by which he would be fired. The employer further informed claimant that he could take the honorable way out and give notice. The board further found that the employer did not set a date of discharge. Claimant went to California on his vacation and, deciding to stay there, sent in a notice of termination of employment. We have held that leaving in anticipation of discharge is without good cause. *(Matter of Berkowitz [Levine],* 41 AD2d 791; *Matter of Schneider [Levine],* 37 AD2d 788.) Since no date was set for discharge prior to claimant's notice of termination, the board's decision should be affirmed. Decision affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.

■    In the Matter of the Claim of PATRICIA L. PIECH, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 29, 1975, which affirmed the decision of a referee sustaining the initial determination of the Industrial Commissioner disqualifying claimant from receiving benefits effective September 19, 1974 on the ground she refused employment without good cause for which she was reasonably fitted by training and experience. The board found that on September 19, 1974 Kelly Service, Inc., offered claimant employment at Three Arrows, Corp. at Johnson City, New York at the rate of $2.35 per hour; that claimant was reasonably qualified for the employment by experience; that the rate of pay offered was at the prevailing rate for the position; and that claimant refused the employment for personal and noncompelling reasons without good cause. The board's findings are supported by substantial evidence and must be sustained by this court (Labor Law, § 623; *Matter of Fisher [Levine],* 36 NY2d 146; *Matter of Spack [Corsi],* 305 NY 753). Decision affirmed, without costs. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.